■ LORETTA CRON, Respondent, v CITY OF NEW YORK, Appellant, and CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent, et al., Defendant. [995 NYS2d 54]—Order, Supreme Court, New York County (Donna M. Mills, J.), entered June 25, 2013, which, to the extent appealed from as limited by the briefs, denied defendant City's motion to dismiss the complaint and all cross claims as against it for failure to comply with the notice of claim requirement of General Municipal Law § 50-e, unanimously affirmed, without costs.

The motion court properly determined that the original notice of claim, together with plaintiff's testimony at the 50-h hearing, sufficiently set forth the location of her accident to satisfy the requirements of General Municipal Law § 50-e (2), since it provided "information sufficient to enable the city to investigate" (*Brown v City of New York*, 95 NY2d 389, 393 [2000]; *see D'Alessandro v New York City Tr. Auth.*, 83 NY2d 891, 893 [1994]). The amended notice of claim, which clarified the location of the alleged accident, was proper pursuant to General Municipal Law § 50-e (6), since the City did not demonstrate any prejudice or contend that plaintiff acted in bad faith (*see Goodwin v New York City Hous. Auth.*, 42 AD3d 63, 66 [1st Dept 2007]). Concur—Friedman, J.P., Renwick, Manzanet-Daniels, Feinman and Kapnick, JJ.

■ PEOPLE OF THE STATE OF NEW YORK ex rel. RODNEY RUSH, Appellant, v WARDEN, RIKERS ISLAND CORRECTIONAL FACILITY et al., Respondents. [993 NYS2d 913]—Appeal from order, Supreme Court, Bronx County (Seth L. Marvin, J.), entered March 4, 2013, which granted petitioner's motion to reargue the court's prior decision dismissing the petition for a writ of habeas corpus, and upon reargument, granted the writ to the extent of ordering a new preliminary hearing, unanimously dismissed, without costs, as moot.

The Attorney General has informed the Court that petitioner has reached the maximum expiration date of his sentence and thus, the appeal is moot (*see e.g. People ex rel. Allen v Dalsheim*, 48 NY2d 971 [1979]; *People ex rel. Kato v Warden, Rikers Is. Correctional Facility*, 52 AD3d 320 [1st Dept 2008]). Concur—Friedman, J.P., Renwick, Manzanet-Daniels, Feinman and Kapnick, JJ.